IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-02755-BNB

ERNEST DANIEL MEDINA,

    Plaintiff,

v.

CITY AND COUNTY OF DENVER,
DENVER COUNTY SHERIFF'S DEPT., and
CHAPLAIN CANNON,

    Defendants.

## ORDER DISMISSING CASE

    Plaintiff, Ernest Daniel Medina, currently is incarcerated at the Denver County Jail. Mr. Medina initiated this action by filing *pro se* a Prisoner Complaint (ECF No. 1). On October 10, 2013, Magistrate Judge Boyd N. Boland ordered Mr. Medina to cure certain deficiencies if he wished to pursue any claims in this Court in this action. Mr. Medina has not cured the deficiencies in this action. Instead, on October 23, 2013, Mr. Medina filed a motion titled "Motion to Dismiss Voluntarily" (ECF No. 4) asking the Court to dismiss the instant action because he now is receiving a religious Kosher diet.

    Pursuant to Rule 41(a)(1)(A) of the Federal Rules of Civil Procedure, Mr. Medina "may dismiss an action without a court order by filing: (i) a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment." No response has been filed by any Defendant in this action. Therefore, the Court will construe Mr. Medina's October 23 motion as a notice of voluntary dismissal. A

voluntary dismissal pursuant to Rule 41(a)(1)(A) is effective immediately upon the filing of a written notice of dismissal, and no subsequent court order is necessary.  See J. Moore, Moore's Federal Practice ¶ 41.02(2) (2d ed. 1995); *Hyde Constr. Co. v. Koehring Co.*, 388 F.2d 501, 507 (10th Cir. 1968).  The notice closes the file.  *See Hyde Constr. Co.*, 388 F.2d at 507.

Accordingly, it is

ORDERED that the motion titled "Motion to Dismiss Voluntarily" (ECF No. 4) that Plaintiff, Ernest Daniel Medina, filed *pro se* on October 22, 2013, is construed as a notice of voluntary dismissal.  It is

FURTHER ORDERED that the instant action is dismissed without prejudice pursuant to Plaintiff's notice of voluntary dismissal.  It is

FURTHER ORDERED that the voluntary dismissal is effective as of October 22, the date the notice of voluntary dismissal was filed in this action.

DATED at Denver, Colorado, this   25th   day of    October   , 2013.

BY THE COURT:

    s/Lewis T. Babcock  
LEWIS T. BABCOCK, Senior Judge  
United States District Court